Maureen Gaughan
PO Box 6729
Chandler, AZ 85246-6729
(480) 899-2036

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| BANKS JR., WILLIE | ) | CASE NO. 08-12191-PHX-RTB |
| BANKS, CHARLENE J. | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |
| Debtor(s). | ) | |

Maureen Gaughan, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1014 | 02/03/10 | VERIZON WIRELESS WEST<br>PO Box 3397<br>Bloomington, Il 61702 | $23.98 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $23.98 to the Clerk of Court to be deposited in the Registry thereof.

July 2, 2010  
DATE

___/S/ Maureen Gaughan___  
Maureen Gaughan, Trustee